Electronically Filed
Intermediate Court of Appeals
30576
28-JUN-2011
08:05 AM

NO. 30576

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

HARLAN KEALOHA KAMEKONA, NICOLE KAMEKONA,
and KAMEKONA TRUCKING, INC., Plaintiffs-Appellees,

v.

SABRINA GRACE, Defendant-Appellant,

and

SCOTT SILVA, JR., BULA NELSON, WALDERMAN M. KALAOLA,
Defendants-Appellees,

and

JOHN DOES 2-5, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 08-1-2052)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Nakamura, C.J., Leonard and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) Defendant-Appellant Sabrina Grace (Appellant) filed a notice of appeal on June 22, 2010; (2) on August 23, 2010, the appellate

clerk filed the record on appeal and informed Appellant that the jurisdictional statement was due on September 3, 2010, and the opening brief was due on October 3, 2010; (3) Appellant filed the jurisdictional statement, but she did not file the opening brief; (4) on May 27, 2011, the appellate clerk provided notice to Appellant that: (a) the time to file the opening brief expired; (b) the matter would be called to the attention of the court on June 3, 2011; and (c) the appeal may be dismissed pursuant to Hawai'i Rules of Appellate Procedure (HRAP) Rule 30; and (5) Appellant did not file the opening brief or request relief from default.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed pursuant to HRAP Rule 30.

DATED: Honolulu, Hawai'i, June 28, 2011.

Chief Judge

Associate Judge

Associate Judge